UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: CV – 04-4207 PAM/RLE

| | |
|---|---|
| Alisha Shack, Ian Shack, KAW, minor child, KAW Jr., minor child,<br><br>              Plaintiffs,<br>v.<br><br>National Account Services, Inc., and John Doe collector,<br><br>              Defendants. | **ORDER** |

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

                                        BY THE COURT

Dated: October  13 , 2005           s/Paul A. Magnuson
                                        The Honorable Paul A. Magnuson
                                        Judge of United States District Court